**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-7409**

RAAJ RAFA EL, a/k/a Roger Moore, a/k/a Raaj Rafael,

Petitioner - Appellant,

v.

WAYNE WRIGHT, Warden,

Respondent - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Lydia Kay Griggsby, District Judge.  (1:22-cv-01824-LKG)

Submitted:  April 20, 2023                                Decided:  April 25, 2023

Before KING and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Raaj Rafa El, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raaj Rafa El, a former state pretrial detainee, seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2241 petition.[*] Since the district court denied relief on Rafa El's petition, however, he pleaded guilty to the state burglary charge and was sentenced. Because Rafa El is no longer in custody, we dismiss the appeal as moot. *See Jackson v. Clements*, 796 F.3d 841, 843 (7th Cir. 2015).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

---

[*] Although Rafa El noted his appeal after the expiration of the 30-day appeal period in Fed. R. App. P. 4(a)(1)(A), we conclude that we have jurisdiction over his appeal because the district court's order explaining its reasons for dismissal was not accompanied by a separate document setting forth the court's judgment, as required by Fed. R. Civ. P. 58(a). *See Hughes v. Halifax Cty. Sch. Bd.*, 823 F.2d 832, 835 (4th Cir. 1987). Thus, the district court's order was deemed entered, for purposes of Rule 4(a), 150 days after the date of entry on the docket. See Fed. R. Civ. P. 58(c)(2)(B); Fed. R. App. P. 4(a)(7)(A)(ii).